ACCEPTED
14-15-00141-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
12/14/2015 11:40:43 AM
CHRISTOPHER PRINE
CLERK

## No. 14-15-00141-CR

In the
Court of Appeals
For the
Fourteenth District of Texas
At Houston

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

12/14/2015 11:40:43 AM

CHRISTOPHER A. PRINE
Clerk

————————◆————————

## No. 1367953
In the 338th Criminal District Court
Of Harris County, Texas

————————◆————————

GENARO TAMAYO
*Appellant*
V.
THE STATE OF TEXAS
*Appellee*

————————◆————————

STATE'S MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE APPELLATE BRIEF

————————◆————————

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, appellee, in accordance with Rules 10.5(b)(1) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for extension of time in which to file the State's brief in this case, and, in support thereof, presents the following:

1. In the 338th Criminal District Court of Harris County, Texas, in cause number 1367953, the State charged appellant by indictment with aggravated robbery with a deadly weapon in *The State of Texas v. Genaro Tamayo*.

2. A jury found appellant guilty as charged in the indictment, and assessed his punishment at confinement in the Texas Department of Criminal Justice, Correctional Institutions Division, for twenty-five years.

3. The trial court sentenced appellant in accordance with the jury's verdict on February 10, 2015, and certified appellant's right of appeal.

4. Appellant timely filed written notice of appeal on February 10, 2015.

5. Appellant filed his appellate brief with this Court on October 12, 2015.

6. The State's appellate brief is due on December 14, 2015.

7. This is the State's second request for an extension.

8. The State requests that this Court extend the timeframe for the State to file its appellate brief to January 14, 2016.

9. The facts relied upon to explain the need for this extension are:

    a. During the timeframe allowed for researching and preparing the State's appellate brief for this case, the undersigned attorney is also responsible for researching and preparing the State's appellate briefs or documents in the following cases that are also assigned to her:

        i. *Roy Vasquez v. State of Texas*; No. 01-15-00813-CR

ii. *Approximately $31,421 v. State of Texas*; No. 14-14-00385-CV; State's Motion for En Banc Reconsideration

iii. *Juan Mendoza v. State of Texas*; No. 14-15-00537-CR

iv. *Darius Houston-Randle v. State of Texas*; No. 14-15-00272-CR

v. *Christopher Braughton v. State of Texas*; No. 01-15-00393-CR

vi. *Alicia Correa v. State of Texas*; No. 01-14-00849-CR

b. One prosecutor in the Appellate Division is currently out of the office on maternity leave. Consequently, the undersigned attorney, in addition to the remaining prosecutors in the Division, has been responsible for responding to an increased volume of questions and requests for assistance from trial prosecutors regarding matters which are frequently time-sensitive and critical for cases currently in trial.

c. And, finally, the undersigned attorney has been assigned to a Harris County District Attorney's Office investigative team which, in coordination with the Texas Rangers and with the Houston Police Department, is tasked with investigating the alleged sale of human tissue and organs at Planned Parenthood Gulf Coast. The investigation has been time-consuming; has required numerous witness meetings, and travel to Austin and Fort Worth; and, thus, has substantially added to the undersigned attorney's workload.

10. Consequently, while the undersigned attorney is in the process of writing the State's reply brief in this case, the undersigned attorney has not been unable to complete it in the time permitted, despite due diligence. Hence, the requested extension of time is necessary to permit the undersigned attorney to adequately complete and file the State's appellate brief for this cause.

11. The State's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant the State an extension of time, until January 14, 2016, for the undersigned attorney to complete and file the State's appellate brief in this case.

Respectfully submitted,

/s/ *Melissa Hervey*

**MELISSA P. HERVEY**
Assistant District Attorney
Harris County, Texas
State Bar No. 24053741
1201 Franklin Street, Suite 600
Houston, Texas 77002
Telephone (713) 274-5826
Fax (713) 755-5809
Hervey_Melissa@dao.hctx.net

# CERTIFICATE OF SERVICE

This is to certify that the undersigned counsel has directed the e-filing system eFile.TXCourts.gov to serve a true and correct copy of the foregoing document to Dena Fisher, appellant's attorney of record on appeal, on December 14, 2015, at the following e-mail address, through the electronic service system provided by eFile.TXCourts.gov:

d2f@sbcglobal.net

/s/ *Melissa Hervey*

**MELISSA P. HERVEY**
Assistant District Attorney
Harris County, Texas
State Bar Number: 24053741
1201 Franklin Street, Suite 600
Houston, Texas 77002
Telephone (713) 274-5826
Fax (713) 755-5809
Hervey_Melissa@dao.hctx.net